UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JETPAY MERCHANT SERVICES, LLC, A Texas Limited Liability Company, and WLES, L.P., a Texas Limited Partnership | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No.: 3:13-CV- 3101 |
| MERRICK BANK CORPORATION, a Utah Corporation, ROYAL GROUP SERVICES, LTD, LLC, a Michigan Limited Liability Company, and GREGORY RICHMOND | § § § § § § § | Jury Demand |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that each and every claim that is asserted or could have been asserted by JetPay Merchant Services, LLC and/or WLES, L.P. against Royal Group Services, Ltd., LLC and/or Gregory Richmond is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs of this litigation or attorney's fees assessed for or against any party. This Stipulation does not cover any claim, counterclaim or right against or asserted by Merrick Bank Corporation.

Dated: January 10, 2014.

Respectfully submitted,

**COBB MARTINEZ WOODWARD PLLC**

By:  */s/ Jeffrey I. Nicodemus*
    David R. Woodward, Esq.
    Texas Bar No. 21975650
    dwoodward@cobbmartinez.com
    Jeffery I. Nicodemus, Esq.
    Texas Bar No. 24007748
    jnicodemus@cobbmartinez.com
    Hillary Kramer Lynch, Esq.
    Texas Bar No. 24055800
    hkramer@cobbmartinez.com
    1700 Pacific Avenue, Suite 3100
    Dallas, Texas  75201
    T:  (214) 220-5200
    F:  (214) 220-5299

ATTORNEYS FOR DEFENDANTS
ROYAL GROUP SERVICES, LTD., LLC
AND GREGORY RICHMOND

**COOPER & SCULLY, P.C.**

By:  /s/ Timothy M. Dortch
    R. Brent Cooper
    Texas Bar No. 04783250
    Brent.Cooper@cooperscully.com
    Timothy M. Dortch
    Texas Bar No. 24044981
    Micah.Dortch@cooperscully.com
    Tarron L. Gartner
    Texas Bar No. 18686175
    Tarron.Gartner@cooperscully.com
    Founders Square
    900 Jackson Street, Suite 100
    Dallas, Texas  75202
    T:  214-712-9500
    F: 214-712-9540
ATTORNEYS FOR PLAINTIFF
JETPAY MERCHANT SERVICES, LLC and
WLES, L.P.

## CERTIFICATE OF SERVICE

On January 10, 2014, I electronically submitted the foregoing **Stipulation of Dismissal With Prejudice and Without Costs** with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the below counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                        */s/ Jeffrey I. Nicodemus*
                                        JEFFREY I. NICODEMUS

| | |
|---|---|
| R. Brent Cooper | Thomas G. Yoxall |
| Timothy M. Dortch | James H. Bilton |
| Tarron L. Gartner | Taylor Brinkman |
| Cooper & Scully, P.C. | LOCKE LORD LLP |
| Founders Square | 2200 Ross Avenue, Suite 2200 |
| 900 Jackson Street, Suite 100 | Dallas, Texas 75201-6776 |
| Dallas, Texas 75202 | 214-740-8000 |
| 214-712-9500 | Fax: 214-740-8800 |
| Fax: 214-712-9540 | **ATTORNEYS FOR MERRICK BANK** |
| **ATTORNEYS FOR PLAINTIFF** | **CORPORATION** |
| **JETPAY MERCHANT SERVICES, LLC** | |
| **and WLES, L.P.** | |